**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BRIAN MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  4:17-CV-00672-JED-FHM |
| vs. ) | |
| ) | |
| RENT-A-CENTER, INC. and ) | |
| RENT-A-CENTER EAST, INC. ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION AND STIPULATION FOR STAY PENDING ARBITRATION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.,* Plaintiff Brian Miller and Defendants Rent-A-Center, Inc. and Rent-A-Center East, Inc. (collectively referred to as the "Parties"), jointly stipulate to stay and abate this matter pending arbitration.  The parties will resolve this matter pursuant to the *Mutual Agreement to Arbitrate Claims* between the Parties, which covers all claims alleged in the Complaint.

Dated:  January 29, 2018.

Respectfully submitted,

*/s/ Charles C. Vaught*
Charles C. Vaught
OBA #19962
**ARMSTRONG & VAUGHT**
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma 74114
918-582-2500
918-583-1755 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

*/s/ Steven L. Rahhal*
Steven L. Rahhal
OBA #12445
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201
Telephone: 214.880.8100
Facsimile: 214.880.0181

**ATTORNEY FOR DEFENDANTS RENT-A- CENTER, INC. and RENT-A-CENTER EAST, INC.**